IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE CHARLES
CARPENTER, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

CASE NO. 1D15-1866

v.

HENRIETTA BROWN
DRAYTON,

      Respondent.

_____/

Opinion filed July 9, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Willie Charles Carpenter, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.